STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
JARED GRIMMER
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Jared.L.Grimmer@usdoj.gov

*Representing the United States of America*

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 14 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

v.

SAMSUNG CELLULAR (SN: RF8G80PQ10L), SAMSUNG CELLULAR (IMEI: 353756070511241), SAMSUNG NOTEPAD (SN: RF2G406BWSX) SONY MEMORY STICK PRO (K528L5L)

Case No. 2:15-mj-1143-PAL

**UNITED STATES' MOTION TO UNSEAL CASE**

THE UNITED STATES OF AMERICA, by and through STEVEN W. MYHRE, Acting United States Attorney, and JARED GRIMMER, Assistant United States Attorney, hereby moves the Court to unseal Case Number 2:15-mj-1143-PAL, so that the United States may produce in discovery, the Search and Seizure Warrant and supporting affidavit in Case Number 2:16-CR-00326-LRH-CWH. The Search and Seizure Warrant and affidavit in this matter was sealed at the request of the United States in order to protect an ongoing investigation. The warrant authorized a search of Samsung

1

Cellular (SN: RF8G80PQ10L), Samsung Cellular (IMEI: 353756070511241), Samsung Notepad (SN: RF2G406BWSX), and Sony Memory Stick Pro (K528L5L), Case No. 2:15-mj-1143-PAL, for evidence of alleged violations of 18 U.S.C. § 1708 Possession of Stolen Mail, Section 371, Conspiracy Section 1028, Identity Theft, and Section 1344, Bank Fraud. The defendants have since been indicted on charges of Theft or Receipt of Stolen Mail Matter, Case Number 2:16-CR-00326-LRH-CWH. The United States intends to use evidence it recovered during the execution of the Search and Seizure Warrant in its case in chief against the defendants.

The reason for sealing the Search and Seizure Warrant and affidavit no longer exists. Further, the United States has a duty to produce in discovery, these materials in 2:16-CR-00326-LRH-CWH. For these reasons, the United States asks the Court to unseal case 2:15-mj-1143-PAL, so that the United States may produce the Search and Seizure Warrant and supporting affidavit.

DATED this 13th day of June, 2017.

STEVEN W. MYHRE
Acting United States Attorney

JARED GRIMMER
Assistant United States Attorney

IT IS SO ORDERED.
Dated this 19th day of June, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE